Plaintiff in Error, vs. Angelo Montenari, Defendant in Error.

Writ of error to Circuit Court, Escambia county; Evelyn C. Maxwell, Judge.

Blount & Blount, for Plaintiff in Error.

J. Emmet Wolfe, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Writ of error dismissed on praecipe of counsel for plaintiff in error.

---

Sarah W. Warden, Joseph Bushnell, Henry Warden, William G. Warden, Jr., Henry L. Davis, Samuel T. Bodine and James T. Donnell, as executors of the last will and testament of William G. Warden, deceased, Rosalia M. Llambias, Eva Llambias, Ada Llambias, Fay Llambias, Leo Llambias, Lema Llambias, Ray Llambias, Marylena Chrichlow, William Crichlow, George Colee, James R. Colee, Gonzales Olivereos, Belle Alba, George Alba, John D. Oliveros, Fanny Oliveros McKinley, James McKinley, Benjamin Oliveros, Gordan Oliveros, Leonilla Oliveros Usina and Fred Usina, Appellants, vs. Henry L. Mitchell, as Governor of the State of Florida, for the use of the State of Florida, Appellee.

Appeal from Circuit Court, St. Johns county; Rhydon M. Call, Judge.

A. W. Cockrell & Son, for Appellants.

A. G. Hartridge and W. B. Young, for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendants appeal.

The decree is affirmed.

Decision Per Curiam.